

S

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00330-CV

RIO GRANDE REGIONAL HOSPITAL, INC., HCA HEALTH SERVICES
OF TEXAS, INC., AND RESOURCE CORPORATION
OF AMERICA & RECOVERY OF TEXAS, LLC
v.
ESTHER AKINDAYOMI, ET AL.

On Appeal from the
464th District Court of Hidalgo County, Texas
Trial Court Cause No. C-2809-19-L

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part reversed and rendered in part, and remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART, REVERSED and RENDERED IN PART, and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellants and 50% against appellees.

We further order this decision certified below for observance.

July 21, 2022